IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

| | |
|---|---|
| DAVID CROSS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO.: 15-cv-02364-EAK-JSS |
| ) | |
| CITY OF SARASOTA, et al. ) | |
| ) | |
| Defendants ) | |
| _____) | |

## JOINT STIPULATION

The parties, through their respective counsel, enter into the following stipulation:

1.  The Defendant, CITY OF SARASOTA ("CITY"), has entered into a written Memorandum of Understanding with the Salvation Army ("MOU") dated November 22, 2016.

2.  The parties incorporate the MOU into this Joint Stipulation and the CITY agrees that it will abide by its terms unless it is otherwise terminated. A copy of the MOU is attached hereto as Exhibit "A".

3.  In the event that the MOU is cancelled, not renewed, or that Emergency Shelter Beds are filled beyond the beds contracted for under the MOU, the CITY agrees that it will not enforce Sec. 34-41, Sarasota City Code, unless it makes available other arrangements for adequate shelter that are at least commensurate with the terms of the MOU. The parties agree that the words "dormitory shelter" in paragraph 1 of the MOU shall not be construed to allow for sleeping on the floor, unless in case of emergency.

4.  The parties further acknowledge and agree that individuals previously trespassed for non-violent and non-aggressive behavior from the Salvation Army will either be allowed to obtain access to the Emergency Shelter Beds at the Salvation Army, offered other arrangements

for adequate shelter elsewhere that are at least commensurate with the terms of the MOU, or Sec. 34-41 will not be enforced.

5. The parties further acknowledge and agree that individuals offered shelter in the Emergency Shelter Beds will have the opportunity to store a reasonable amount of their personal property upon entry to the Salvation Army.

6. The parties further acknowledge and agree that under the MOU, individuals escorted by CITY police officers or caseworkers will be permitted entry into the Salvation Army and use of the Emergency Shelter Beds, for a 24-hour period, available seven days a week, with bed space available at all times except when routine maintenance and cleaning is undertaken during daylight hours only.

7. Plaintiffs agree to enter a voluntary dismissal with prejudice as to Counts I and II.

8. As a result of the Defendant, CITY, amending City Code Sections 23-6, 23-7, and 23-8, Plaintiff, David Cross, agrees to enter a voluntary dismissal with prejudice as to Count III.

9. Defendant, CITY, further agrees to pay $1,000.00 to each Plaintiff in this case, and $27,000.00 for attorney's fees and costs, for a total of $35,000.00 to resolve this lawsuit, inclusive of all claims for damages, attorney's fees and costs.

10. This stipulation is effective only upon entry of an order by the District Court retaining jurisdiction to enforce the terms of the joint stipulation; however, the parties agree to mediation to attempt to resolve any disputes prior to seeking relief from the court.

    Respectfully submitted,

    */s/ Andrea Flynn Mogensen*
    ANDREA FLYNN MOGENSEN
    Florida Bar No. 0549681
    Cooperating Attorney for the American Civil
     Liberties Union Foundation of Florida, Inc.

    Sarasota Chapter
The Law Office of Andrea Flynn Mogensen, P.A.
200 South Washington Boulevard, Suite 7
Sarasota FL 34236
Tel: 941.955.1066
Fax: 941.866.7323
amogensen@sunshinelitigation.com


*/s/ Tracy Pratt*_____
Tracy Pratt, Florida Bar No. 113074
Cooperating Attorney for the American Civil
  Liberties Union Foundation of Florida, Inc.
  Sarasota Chapter
5726 Cortez Rd. W. #221
Bradenton, FL 34210-2701
(941) 920-8815
tracy@tracyprattlaw.com


*/s/ Nancy Abudu*_____
Nancy Abudu, Florida Bar No. 111881
Legal Director
ACLU Foundation of Florida, Inc.
4500 Biscayne Boulevard – Suite 340
Miami, FL 33137-3227
Telephone:  786-363-2700
Facsimile:  786-363-1108
nabudu@aclufl.org

Attorneys for Plaintiffs


*/s/ Bradley S. Bell*_____
Bradley S. Bell, Esq.
Florida Bar No. 184306
Bell Law Group, P.A.
407 N. Howard Ave.
Suite 201
Tampa, FL 33606
Telephone:  813-867-4522
Facsimile:  813-867-4542
bbell@bbellpa.com

Attorneys for Defendant, City of Sarasota